BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SHAILIKA S. KOTIYA (CABN 308758)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7443
FAX: (415) 436-7234
shailika.kotiya@usdoj.gov

Attorneys for United States of America

FILED
AUG 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR17-00462 JSW |
|---|---|
| Plaintiff, | ) MOTION TO SEAL |
| v. | ) AND [PROPOSED] ORDER |
| JOB TORRES HERNANDEZ, | ) [UNDER SEAL] |
| Defendant. | ) |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, and this Sealing Order until further order of the Court. The United States also moves the Court for an order sealing the Arrest Warrant until such time the warrant is executed. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of Homeland Security Investigations, other law enforcement, and employees of the

MOT. TO SEAL AND [PROP.] ORDER



Document No.
District Court
Criminal Case Processing

United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: August 23, 2017

Respectfully Submitted,

BRIAN STRETCH
United States Attorney

_____
SHAILIKA S. KOTIYA
Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. IT IS FURTHER ORDERED that the Arrest Warrant in this be sealed until such time the warrant is executed. A copy of the Indictment and Arrest Warrant shall be provided to agents of Homeland Security Investigations, other law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: Aug. 24, 2017

_____
HON. DONNA M. RYU
United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER