```
FILED
AUG 24 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  SHAILIKA S. KOTIYA (CABN 308758)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7443
       FAX: (415) 436-7234
8      shailika.kotiya@usdoj.gov

   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. **CR17-00462** |
|---|---|
| Plaintiff, | ) **MOTION TO SEAL** |
| v. | ) **AND [PROPOSED] ORDER** |
| JOB TORRES HERNANDEZ, | ) [UNDER SEAL] |
| Defendant. | ) |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, and this Sealing Order until further order of the Court. The United States also moves the Court for an order sealing the Arrest Warrant until such time the warrant is executed. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of Homeland Security Investigations, other law enforcement, and employees of the

MOT. TO SEAL AND [PROP.] ORDER



1  United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal
2  agents and other law enforcement officers in order to effectuate the arrest of the defendant.

3
4  DATED: August 23, 2017                    Respectfully Submitted,

5                                            BRIAN STRETCH
                                             United States Attorney
6
7                                            _____
                                             SHAILIKA S. KOTIYA
8                                            Assistant United States Attorney

9
10                                    **ORDER**

11     Based upon the motion of the government and for good cause shown, IT IS HEREBY
12  ORDERED that the government's Motion to Seal, Indictment, this Sealing Order, and other related
13  documents in this case shall be sealed until further order of the Court.  IT IS FURTHER ORDERED that
14  the Arrest Warrant in this be sealed until such time the warrant is executed.  A copy of the Indictment
15  and Arrest Warrant shall be provided to agents of Homeland Security Investigations, other law
16  enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest
17  Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the
18  arrest of the defendant.

19
20  DATED: Aug. 24, 2017                     _____
                                             HON. DONNA M. RYU
21                                           United States Magistrate Judge

22
23
24
25
26
27
28
    MOT. TO SEAL AND [PROP.] ORDER