| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 11 mins. | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy Lerma Garcia | | | REPORTER/FTR<br>9:36-9:47 | | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | | DATE<br>8/29/17 | | NEW CASE<br>☐ | | CASE NUMBER<br>CR-17-00462-JSW-1 | |

| APPEARANCES |||||||
|---|---|---|---|---|---|---|
| DEFENDANT<br>JOB TORRES HERNANDEZ | AGE | CUST AGENT'S<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Edward Smock (Spec. Appear.) || PD. ☒   RET. ☐<br>APPT. ☐ |
| U.S. ATTORNEY<br>Garth Hire ||| INTERPRETER | ☐ FIN. AFFT<br>SUBMITTED || ☐ COUNSEL APPT'D |
| PROBATION OFFICER || PRETRIAL SERVICES OFFICER<br>Victoria Gibson || ☐ DEF ELIGIBLE FOR<br>APPT'D COUNSEL || ☐ PARTIAL PAYMENT<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR |||||
|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>HELD 11 mins. | ☐ PRELIM HRG | ☒ MOTION TO UNSEAL<br>CASE IS GRANTED | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH   $ || CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ ||

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE |||||
|---|---|---|---|---|
| TO:<br>8/30/17 | ☒ ATTY APPT HEARING (PRIVATE) | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>D. M. RYU | ☒ STATUS RE: DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|
| Deft. is seeking to retain Jesse Garcia as his counsel.  Court found that Govt's proffer re: Deft's detention was enough to hold the Deft. in cust. pending his Detention Hrg.   cc: DMR |

DOCUMENT NUMBER: