| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 9 mins. | | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>9:41-9:50 | | | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>8/30/17 | NEW CASE<br>☐ | | CASE NUMBER<br>CR-17-00462-JSW | |

### APPEARANCES

| DEFENDANT<br>JOB TORRES HERNANDEZ | AGE | CUST<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Jesse Garcia | PD. ☐  RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Garth Hire for Shailika Kotiya | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Nelson Barao | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT HELD 1 min. | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☒ STATUS RE: DETENTION HRG HELD 7 | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING (PRIVATE) HELD 1 min. |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON 1 CT. INDICTMENT WITH FORFEITURE ALLEGATION | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | |

| ☐ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES FULL REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | | | |
|---|---|---|---|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>9/8/17 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>K. A. WESTMORE | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM 8/30/17 TO 9/8/17 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Govt's Counsel to provide Deft's Counsel shortly with some discovery which Deft's Counsel would need for the detention hrg. Addt'l. discovery shall be provided by Govt's Counsel to the defense later.   cc: Sue/KAW; DMR's Files

DOCUMENT NUMBER: