**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Kandis A. Westmore<br>U.S. District Judge | **RE:** | Job Torres HERNANDEZ |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 4:17-cr-00462-JSW-1 |
| **Date:** | 9/15/17 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Victoria Gibson                                                      510-637-3752

U.S. Pretrial Services Officer                                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __4__ on __9/20/17__ at __9:30 a.m.__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A. _____

B. _____

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

_____/s/ Kandis Westmore_____                    __9/15/17__
**JUDICIAL OFFICER**                                       **DATE**