```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611014639
Cashier ID: kyonov
Transaction Date: 09/15/2017
Payer Name: Catalina Hernandez

COMMERCIAL REGISTRY OTHER
 For: Job Torres Hernandez
 Case/Party: D-CAN-4-17-CR-000462-001
 Amount:         $0.00

NON-CASH COLLATERAL
 Amt Tendered:  $0.00

Total Due:       $0.00
Total Tendered: $0.00
Change Amt:      $0.00

Deed of Trust #2017203093

JSW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```