1   BRIAN J. STRETCH (CABN 163973)
    United States Attorney

2

3   BARBARA J. VALLIERE (DCBN 439353)
    Chief, Criminal Division

4   SHAILIKA S. KOTIYA (CABN 308758)
    Assistant United States Attorneys

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7443
7       Fax: (415) 436-7234
        shailika.kotiya@usdoj.gov

8
    Attorneys for United States of America

9

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           OAKLAND DIVISION

    UNITED STATES OF AMERICA,            Case No. 4:17-CR-00462 JSW
14
            Plaintiff,                    STIPULATION AND [PROPOSED]
15                                        PROTECTIVE ORDER

16      v.

    JOB TORRES HERNANDEZ,
17
            Defendants.
18

19

20   With the agreement of the signatories below, the Court enters the following Protective Order:

21          The Indictment in this matter charges Job Torres Hernandez with harboring illegal aliens for

22   commercial advantage or private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i).

23   Pursuant to request for discovery from the defendant and his counsel, the United States intends to

24   produce additional discovery reflecting sensitive information pertaining to alleged victims and witnesses

25   of the criminal conduct.

26          In particular, the discovery to be provided includes documents or other materials containing

27   Personal Identifying Information of any individual (other than his or her name), which is defined as any

28   person's date of birth, social security number, alien identification number, taxpayer identification

1

1 | number, residence address, residence telephone number, personal cellular telephone number, driver's

2 | license number, or names of individuals known to be a minor ("Protected Information").

3 |      To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

4 | **IT IS HEREBY ORDERED** that the parties shall keep Protected Information confidential and

5 | only disclose or use Protected Information as allowed by this Order or further Order of this Court. The

6 | government is not required to place labels on discovery materials containing Protected Information for

7 | that information to be protected by this Order, but if the government does place labels on discovery

8 | materials as being subject to this Order, it shall do so only after determining that such discovery

9 | materials contain Protected Information. If the parties disagree with the government's designation of

10 | discovery materials as containing Protected Information, they shall attempt to resolve those issues before

11 | bringing the matter to the Court for resolution.

12 |      **IT IS FURTHER ORDERED** that defense counsel of record, their investigators, assistants,

13 | contractors, and employees (collectively, "the defense team") may review with defendants all discovery

14 | material produced by the government, but shall not provide defendants with copies of, or permit

15 | defendants to make copies of, or have unsupervised access to, any discovery material produced by the

16 | government that contains Protected Information, unless the defense team has first entirely redacted from

17 | the discovery materials the Protected Information ("Redacted Discovery Materials"). This Order does

18 | not restrict the disclosure or use of Redacted Discovery Materials or discovery materials that do not

19 | contain Protected Information. The government and defense counsel are ordered to work together to

20 | ensure that the discovery materials containing Protected Information are protected, but that defendants

21 | have as much access to such materials as can be provided consistent with this Court's order. Discovery

22 | material that pertains to a defendant and does not contain Protected Information regarding any other

23 | person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to

24 | that defendant unredacted.

25 |      **IT IS FURTHER ORDERED** that defense counsel may provide unredacted copies of discovery

26 | materials containing Protected Information to experts or consultants retained to assist with the

27 | preparation of the defense in this case. Any experts or consultants who receive discovery materials

28 | containing Protected Information under this Order shall be provided a copy of this Order along with

2

1   those materials and shall initial and date the Order reflecting their agreement to be bound by it.  A copy

2   of the initialed Order shall be maintained by the defense counsel who retained the expert or consultant.

3          **IT IS FURTHER ORDERED** that discovery materials containing Protected Information may

4   only be used for the purpose of preparing or presenting a defense in this matter and related proceedings,

5   and may not be used for other purposes.  Further, unless authorized by this Court, discovery materials

6   containing Protected Information may not be disseminated to the media or other third parties (*i.e.*, any

7   person who is not a member of the defense team), including defendant's family members.

8          This Order shall also apply to any copies made of discovery materials containing Protected

9   Information and covered by this Order.

10          **IT IS FURTHER ORDERED** that the parties shall comply with Fed. R. Crim. P. 49.1 and, if a

11   party files a pleading that references, contains, or attaches Protected Information subject to this Order,

12   that filing must be under seal.[1]  Nothing in this Order shall be deemed to prevent the parties from

13   introducing documents containing Protected Information into evidence at the trial of this matter, or from

14   otherwise using Protected Information at the trial of this matter, subject to any pretrial order issued by

15   the Court.

16          **IT IS FURTHER ORDERED** that defense counsel shall return to the United States or destroy

17   discovery materials containing Protected Information (including any copies thereof, but, for the

18   avoidance of doubt, not including Redacted Discovery Materials) within 14 days after whichever event

19   occurs last in time:  dismissal of all charges against the defendant; defendant's acquittal; defendant's

20   sentencing; or the conclusion of any direct appeal.  The United States will maintain a copy of discovery

21   materials containing Protected Information and subject to this Protective Order until the period for filing

22   a motion under 28 U.S.C. § 2255 has expired.  After the statutory period for filing a motion under 28

23   U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this

24   Order.

25          If any defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the

26   United States will provide counsel with the documents and materials containing Protected Information

27

28          [1] This Order authorizes such filings under seal and the parties are not required to seek additional
authorization from the Court to do so.

1  under the terms of this Order.  Defendant's attorney in any motion under 28 U.S.C. § 2255 shall return

2  to the United States or destroy the documents and materials containing Protected Information and

3  subject to this Protective Order within 14 days after the district court's ruling on the motion or 14 days

4  after the conclusion of any direct appeal of the district court's order denying the motion, whichever is

5  later.

6          This stipulation is without prejudice to any party applying to the Court to modify the terms of the

7  Order.  Defendants Gaither, Mohammed, and any future co-defendants may become parties to this Order

8  by filing an appropriate stipulation.  This Court shall retain jurisdiction to modify this Order upon

9  motion of any party even after the conclusion of district court proceedings in this case.

10

11  **IT IS SO STIPULATED.**

12

13  Dated: September 22, 2017

14

15

16  Dated: September 27, 2017

17

18

19

20

21

22  **IT IS SO ORDERED.**

23

24  Dated:

25

26

27

28

BRIAN J. STRETCH
United States Attorney

/s/

SHAILIKA S. KOTIYA
Assistant United States Attorney

/s/

JESSE J. GARCIA
Counsel for Job Torres Hernandez

HON. JEFFREY S. WHITE
United States District Judge

4