UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: October 3, 2017                                    Time in Court:  8 minutes

Judge:  Jeffrey S. White

Case No.:  CR-17-00462-01 JSW
United States of America   v.  Job Torres Hernandez
                                    Defendant
                                    Present ( X ) Not Present (  ) In-Custody ( )

| Shalika Kotiya | Jesse Garcia – not present |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: Diane Skillman

### PROCEEDINGS

**REASON FOR HEARING:**  Status Conference

**RESULT OF HEARING:**   Austin Thompson appeared on behalf of Jesse Garcia. Order to Show Cause to issue for failure to comply with this Court's standing order re: appearances by counsel; and why sanctions in the amount of $250 should not be imposed.

Defense counsel received 3 discs of discovery today.  Further investigation is required.

Defense motion to designate case COMPLEX – Denied without prejudice.

Case Continued to 11-7-17 at 1:00 pm for Further Status

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted