# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOB TORRES HERNANDEZ,<br><br>　　　　　Defendant. | Case No. 17-cr-00462-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

On October 3, 2017, the Court held a status conference in this case. Under the Court's Criminal Standing Orders:

> [u]nless the Court grants a written motion, filed sufficiently in advance of a court date for the Court to rule, and which demonstrates good cause to permit alternate counsel to appear in lead counsel's place, the parties shall appear in person through lead trial counsel . . . .

Criminal Standing Order ¶ 3. Jesse Garcia, Esq., lead counsel for Defendant, did not appear at the status conference and instead sent one of his colleagues. No timely written motion requesting permission for alternate counsel to appear was filed.

Accordingly, Jesse Garcia, Esq. is ORDERED TO SHOW CAUSE why he should not be sanctioned in the amount of $250.00 for his failure to comply with the Court's standing order. Mr. Garcia's response to this Order to Show Cause shall be due by **October 11, 2017**.

**IT IS SO ORDERED.**

Dated: October 4, 2017

_____
JEFFREY S. WHITE
United States District Judge