UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOB TORRES HERNANDEZ,<br><br>Defendant. | Case No. 17-cr-00462-JSW-1<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On October 4, 2017, the Court issued an order to show cause why Defendant's counsel, Jesse Garcia, Esq., should not be sanctioned $250.00 due to his failure to appear at a status conference in this case.

The Court has reviewed Mr. Garcia's response and DISCHARGES the order to show. The Court, however, admonishes Mr. Garcia that the Court expects him to review, and fully comply with, the Court's orders going forward. Any future non-compliance will be met with appropriate sanctions.

**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
JEFFREY S. WHITE
United States District Judge