BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: karen.kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOB TORRES HERNANDEZ,<br><br>    Defendant. | NO. CR 17-00462 JSW<br><br>**NOTICE OF APPEARANCE** |

    Please take notice that the Assistant United States Attorney whose name, address, telephone number, and email address are listed below appears in this case as counsel for the Government.

    Karen Kreuzkamp
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    karen.kreuzkamp@usdoj.gov

//

//

NOTICE OF APPEARANCE FOR THE GOVERNMENT
NO. CR 17-00462 JSW

1 | DATED: October 30, 2017 　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN J. STRETCH
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　*/s/ Karen Kreuzkamp*
　　　　　　　　　　　　　　　　　　　　KAREN KREUZKAMP
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF APPEARANCE FOR THE GOVERNMENT
NO. CR 17-00462 JSW