UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: November 7, 2017                                Time in Court: 6 minutes

Judge: Jeffrey S. White

Case No.: CR-17-00462-01 JSW
United States of America   v.  Job Torres Hernandez
                                         Defendant
                                         Present ( X ) Not Present (  ) In-Custody ( )

| Karen Kreuzkamp | Jesse Garcia |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: Raynee Mercado

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:** Counsel is directed to resubmit the stipulation/proposed order for Exclusion of Time from 10-3-17 to 11-7-17, as the proposed request submitted was confusing.

Some electronic discovery submitted to Defendant's Counsel has been found to be 'corrupted' and the Government is attempting to rectify the problem and submit the discovery to Defendant's Counsel.

Case Continued to 2-13-18 at 1:00 pm for Further Status

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted