BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-70104
    Fax: (415) 436-7234
    Email:  Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00462 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JOB TORRES HERNANDEZ, | |
| Defendants. | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 3, 2017 to November 7, 2017.  The parties agree, and the Court finds and holds, as follows:

    1.    The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time for the effective preparation of defense counsel, taking into account the exercise of due diligence.

    2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 3, 2017 through and including November 7, 2017, outweigh the best interest of the public and the defendant in a speedy trial.

1  18 U.S.C. § 3161(h)(8)(A).

2      3.    Accordingly, and with the consent the defendant, the Court: orders that the period from October 3, 2017 through and including November 7, 2017, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

    IT IS SO STIPULATED.

DATED:  November 9, 2017        BRIAN J. STRETCH  
        United States Attorney

        /s/  
        KAREN KREUZKAMP  
        Assistant United States Attorney

DATED:  November 9, 2017

        /s/  
        JESSE GARCIA  
        Counsel for the Defendant

    IT IS SO ORDERED.

DATED:

        HON. JEFFREY S. WHITE  
        United States District Judge

Attestation of Filer

    In addition to myself, the other signatory to this document is Jesse Garcia.  I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: November 3, 2017        /s/  
        KAREN KREUZKAMP  
        Assistant United States Attorney