BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-70104
    Fax: (415) 436-7234
    Email:  Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00462 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JOB TORRES HERNANDEZ, | |
| Defendants. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 7, 2017 to February 13, 2018.  The parties agree, and the Court finds and holds, as follows:

    1.    The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time for the effective preparation of defense counsel, taking into account the exercise of due diligence.

    2.    The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 7, 2017 through and including February 13, 2018, outweigh the best interest of the public and the defendant in a speedy trial.

18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent the defendant, the Court: orders that the period from November 7, 2017 through and including February 13, 2018, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: November 9, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: November 9, 2017

/s/
JESSE GARCIA
Counsel for the Defendant

IT IS SO ORDERED.

DATED: November 17, 2017

HON. JEFFREY S. WHITE
United States District Judge