ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102-3495
    Telephone: (415) 436-7369
    FAX: (415) 436-7234
    Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00462 JSW |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| JOB TORRES HERNANDEZ, | |
| Defendant. | |

    PLEASE TAKE NOTICE that effective immediately, Assistant United States Attorney (AUSA) Ravi Narayan will be representing the United States in the above-captioned case and hereby appears in this matter in substitution of AUSA Karen Kreuzkamp. Please include AUSA Narayan in all future correspondence, pleadings, and notices.  AUSA Kreuzkamp should be removed from the list of persons to be noticed.

                                                                               Respectfully submitted,

DATED:  January 18, 2018                          ALEX G. TSE
                                                                            Acting United States Attorney

1
2   By: _____/s/_____
        RAVI T. NARAYAN
3       Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL
CR 17-00462 JSW

2