UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: February 13, 2018                         Time in Court: 8 minutes

Judge:  Jeffrey S. White

Case No.:  CR-17-00462-01 JSW
United States of America   v.  Job Torres Hernandez
                              Defendant
                              Present ( X ) Not Present (  ) In-Custody ( )

| Ravi Narayan | Jesse Garcia |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: Raynee Mercado

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Court and counsel discuss issues re: turning over of all discovery.  Government shall produce the requested documents and return property seized by 3-15-18.

Case Continued to 4-10-18 at 1:00 pm for Further Status Conference

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted