# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date:** April 10, 2018　　　　　　　　　　　　　　**Time in Court:** 5 minutes

**Judge:** Jeffrey S. White

**Case No.:** CR-17-00462-01 JSW
United States of America   v.   Job Torres Hernandez
　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　Present ( X ) Not Present (  ) In-Custody ( )

| Ravi Narayan | Jesse Garcia |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini　　　　　**Court Reporter:** Raynee Mercado

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**　Defense counsel informed the Court that on 3-14-18 the defendant received 15,385+ pages of digitized discovery documents.

Case Continued to 6-12-18 at 1:00 pm for Status Conference / Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted