1
2
3
4

GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

5
6

JESSE J. GARCIA (CSBN #061223)
Attorney for Defendant
JOB TORRES HERNANDEZ

7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

11
12
13
14
15
16

THE UNITED STATES OF AMERICA,       )       17-CR-00462-JSW-1
                                    )
        Plaintiff,                  )       REQUEST FOR APPEARANCE BY
                                    )       ALTERNATIVE COUNSELS
vs.                                 )
                                    )
JOB TORRES HERNANDEZ,               )
                                    )
        Defendant.                  )
_____ / )

17
18
19
20

        The law firm of Garcia, Schnayerson and Thompson has been retained to represent

defendant, Job Torres Hernandez in the above-entitled action.  Attorneys Jesse J. Garcia and

Austin M. Thompson are each employed as counsels for the defendant in this matter.  Both

attorneys have participated in the defense of this case and are equally conversant with the facts

and evidence.

21
22
23
24

        Counsel of record for Mr. Torres Hernandez, Jesse J. Garcia, is expected to be in trial in

the County of San Mateo on June 12, 2018 in the matter of People vs. Rember Molina, Case No.:

17SF002494.

25
26

        As such, defendant, Job Torres Hernandez and counsel for defendant, Jesse J. Garcia,

respectfully request an order permitting Mr. Garcia's law partner, attorney Austin M. Thompson,

27
28

1   to be added as co-counsel in the above-referenced case and permitting Mr. Thompson to appear

2   with defendant, Job Torres in all future court appearances.

3

4   Date: <u>June 5, 2018</u>                       Respectfully Submitted,
                                          Garcia, Schnayerson & Thompson

5

6

7                                           /S/JESSE J. GARCIA
                                          Jesse J. Garcia
                                          Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone:  (510) 887-7445
Facsimile: (510) 887-0646

JESSE J. GARCIA (CSBN #061223)
Attorney for Defendant
JOB TORRES HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 17-CR-00462-JSW-1 |
| ) | |
|     Plaintiff, ) | [PROPOSED] ORDER PERMITTING |
| ) | APPEARANCE BY ALTERNATIVE |
| vs. ) | COUNSEL |
| ) | |
| JOB TORRES HERNANDEZ, ) | |
| ) | |
|     Defendant. ) | |
| _____/ ) | |

THIS COURT HEREBY ORDERS THAT:

Attorney Austin M. Thompson is hereby added as co-counsel in the above-referenced case and is permitted to appear with defendant, Job Torres Hernandez in all future court appearances.

Date:_____

_____
THE HONORABLE JUDGE JEFFREY S. WHITE

REQUEST FOR APPEARANCE BY ALTERNATIVE COUNSELS
U.S.A. vs. Job Torres Hernandez 17-CR-00462-JSW

3