GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE J. GARCIA (CSBN #061223)
Attorney for Defendant
JOB TORRES HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 17-CR-00462-JSW-1 |
| ) | |
| Plaintiff, ) | REQUEST FOR APPEARANCE BY |
| ) | ALTERNATIVE COUNSEL |
| vs. ) | |
| ) | |
| JOB TORRES HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ / ) | |

    The law firm of Garcia, Schnayerson and Thompson has been retained to represent defendant, Job Torres Hernandez in the above-entitled action. Attorneys Jesse J. Garcia and Austin M. Thompson are each employed as counsels for the defendant in this matter. Both attorneys have participated in the defense of this case and are equally conversant with the facts and evidence.

    Counsel of record for Mr. Torres Hernandez, Jesse J. Garcia, is expected to be in trial in the County of San Mateo on June 12, 2018 in the matter of People vs. Rember Molina, Case No.: 17SF002494.

    As such, defendant, Job Torres Hernandez and counsel for defendant, Jesse J. Garcia, respectfully request an order permitting Mr. Garcia's law partner, attorney Austin M. Thompson,

1 | to be added as co-counsel in the above-referenced case and permitting Mr. Thompson to appear
2 | with defendant, Job Torres in all future court appearances.

4 | Date: June 5, 2018

Respectfully Submitted,
Garcia, Schnayerson & Thompson

/S/JESSE J. GARCIA
Jesse J. Garcia
Attorney for Defendant

GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE J. GARCIA (CSBN #061223)
Attorney for Defendant
JOB TORRES HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | 17-CR-00462-JSW-1 |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING APPEARANCE BY ALTERNATIVE COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| JOB TORRES HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

THIS COURT HEREBY ORDERS THAT:

    Attorney Austin M. Thompson is hereby added as co-counsel in the above-referenced case and is permitted to appear with defendant, Job Torres Hernandez in all future court appearances.

Date:_____       _____
                                              THE HONORABLE JUDGE JEFFREY S. WHITE

REQUEST FOR APPEARANCE BY ALTERNATIVE COUNSELS
U.S.A. vs. Job Torres Hernandez 17-CR-00462-JSW

3