UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: June 12, 1018                                    Time in Court: 2 minutes

Judge:  Jeffrey S. White

Case No.:  CR-17-00462-01 JSW
United States of America   v.  Job Torres Hernandez
                                            Defendant
                                            Present ( X ) Not Present (  ) In-Custody ( )

| Ravi Narayan | Austin Thompson for Jesse Garcia |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini            Court Reporter: Diane Skillman

### PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Counsel informed the Court that plea negotiations continue.

Case Continued to 8-14-18  at 1:00 pm for Change of Plea

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted