1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  RAVI T. NARAYAN (IABN AT0011948)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7369
7       Fax: (415) 436-7234
        Email: Ravi.Narayan@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,         )  CASE NO. CR 17-462 JSW
13                                   )
        Plaintiff,                   )  [PROPOSED] ORDER AND
14                                   )  STIPULATION TO EXCLUDE TIME FROM THE
     v.                              )  SPEEDY TRIAL ACT
15                                   )  CALCULATION
   JOB TORRES HERNANDEZ,             )
16                                   )
        Defendant.                   )
17                                   )

18      With the agreement of the parties, and with the consent of the defendant, the Court enters this

19 order confirming the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from June 12,

20 2018, through and including August 14, 2018. The parties agree, and the Court finds and holds, as

21 follows:

22      1.      The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23 3161(h)(7)(B)(iv), to provide reasonable time for the effective preparation of defense counsel, taking

24 into account the exercise of due diligence.

25      2.      The Court finds that, taking into the account the public interest in the prompt disposition

26 of criminal cases, these grounds are good cause for excluding time. Given these circumstances, the

27 Court finds that the ends of justice served by excluding the period from June 12, 2018, through and

28 including August 14, 2018, outweigh the best interest of the public and the defendant in a speedy trial.

STIP. AND [PROPOSED] ORDER                    1
17-CR-462-JSW

18 U.S.C. § 3161(h)(7).

3. Accordingly, and with the consent the defendant, the Court orders that the period from June 12, 2018, through and including August 14, 2018, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: June 14, 2018

ALEX G. TSE
Acting United States Attorney

*/s/*
RAVI T. NARAYAN
Assistant United States Attorney

DATED: June 14, 2018

*/s/*
AUSTIN M. THOMPSON
Counsel for the Defendant

IT IS SO ORDERED.

DATED: June 15, 2018

HON. JEFFREY S. WHITE
United States District Judge