ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
JONATHAN U. LEE (CABN 148792)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7369
    Fax: (415) 436-7234
    Email: Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-462 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| JOB TORRES HERNANDEZ, | |
| Defendants. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 22, 2018, through and including February 19, 2019. The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), to provide reasonable time for the effective preparation of defense counsel, taking into account the exercise of due diligence.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time. Given these circumstances, the

Court finds that the ends of justice served by excluding the period from October 22, 2018, through and including February 19, 2019, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

3. Accordingly, and with the consent the defendant, the Court orders that the period from October 22, 2018, through and including February 19, 2019, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED.

DATED: October 24, 2018

ALEX G. TSE
United States Attorney

*/s/*
RAVI T. NARAYAN
JONATHAN U. LEE
Assistant United States Attorneys

DATED: October 24, 2018

*/s/*
AUSTIN R. DOVE, ESQ.
Counsel for the Defendant

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: October __, 2018

HON. JEFFREY S. WHITE
United States District Judge