1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOB TORRES HERNANDEZ,<br><br>        Defendant. | Case No.  17-cr-00462-JSW-1<br><br>**ORDER TO SHOW CAUSE** |

Mr. Torres-Hernandez's pre-trial submissions are incomplete.  His counsel has not filed a trial brief, as required by this Court's standing order and guidelines for motions, final pretrial conference, and trial in criminal cases.  Counsel has also not provided the government with copies of (or identified by Bates number) his two identified exhibits.  Finally, despite indicating to the government that he would do so, counsel has yet to file his witness list with the Court.

Mr. Torres-Hernandez's counsel is HEREBY ORDERED TO SHOW CAUSE during the pre-trial hearing set for Monday, January 28, 2019, at 2:00 p.m. as to why he should not be subject to sanctions for his deficient pre-trial submissions.

IT IS SO ORDERED.

Dated: January 23, 2019

_____

JEFFREY S. WHITE
United States District Judge