# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 1 | SW-0000665 | SW-0000676 | Seized Personnel File (Gonzalo Amador Padilla) | | |
| 2 | SW-0005074 | SW-0005115 | Seized Personnel File (Jordan Rene Ledesma) | | |
| 3 | SW-0001029 | SW-0001060 | Seized Personnel File (Alejandro Lopez Alcantar) | | |
| 4 | SW-0000083 | SW-0000110 | Seized Personnel File (Jose Leonardo Cortes Avila) | | |
| 5 | SW-0000136 | SW-0000164 | Seized Personnel File (Francisco Joel Anzueto Chajon) | | |
| 6 | SW-0001319 | SW-0001325 | Seized Personnel File (Sabas Morales Alvarado) | | |
| 7 | SW-0001257 | SW-0001264 | Seized Personnel File (Jose Francisco Morales Alvarado) | | |
| 8 | SW-0001222 | SW-0001256 | Seized Personnel File (Oscar Monroy) | | |
| 9 | SW-0001665 | SW-0001674 | Seized Personnel File (Pedro Ruiz) | | |
| 10 | SW-0000677 | SW-0000710 | Seized Personnel File (Bulmaro Rubio Garcia) | | |
| 11 | SW-0000940 | SW-0000966 | Seized Personnel File (Jorge Hernandez) | | |
| 12 | SW-0001858 | SW-0001882 | Seized Personnel File (Jorge Tellez) | | |
| 13 | JTH-04032 | JTH-04039 | Torres Prior Convictions | | |
| 14 | JTH-00366 | | Tijuana Newspaper Advertisement | 3/4/19 | 3/4/19 |
| 15-1 | JTH-00208 | | SFPD Warehouse Photo | | |
| 15-2 | JTH-00209 | | SFPD Warehouse Photo | | |
| 15-3 | JTH-00210 | | SFPD Warehouse Photo | | |
| 15-4 | JTH-00211 | | SFPD Warehouse Photo | | |
| 15-5 | JTH-00212 | | SFPD Warehouse Photo | | |
| 15-6 | JTH-00213 | | SFPD Warehouse Photo | | |
| 15-7 | JTH-00214 | | SFPD Warehouse Photo | | |
| 15-8 | JTH-00215 | | SFPD Warehouse Photo | 3/6/19 | 3/6/19 |
| 15-9 | JTH-00216 | | SFPD Warehouse Photo | 3/6/19 | 3/6/19 |
| 15-10 | JTH-00217 | | SFPD Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 15-11 | JTH-00218 | | SFPD Warehouse Photo-outside warehouse | 3/4/19 | 3/4/19 |
| 15-12 | JTH-00219 | | SFPD Warehouse Photo | | |
| 15-13 | JTH-00220 | | SFPD Warehouse Photo | | |
| 15-14 | JTH-00221 | | SFPD Warehouse Photo | | |
| 15-15 | JTH-00222 | | SFPD Warehouse Photo | 3/6/19 | 3/6/19 |
| 15-16 | JTH-00223 | | SFPD Warehouse Photo | 3/6/19 | 3/6/19 |
| 15-17 | JTH-00224 | | SFPD Warehouse Photo | | |
| 15-18 | JTH-00225 | | SFPD Warehouse Photo | | |
| 15-19 | JTH-00226 | | SFPD Warehouse Photo | | |
| 15-20 | JTH-00227 | | SFPD Warehouse Photo | | |
| 15-21 | JTH-00228 | | SFPD Warehouse Photo | | |
| 15-22 | JTH-00229 | | SFPD Warehouse Photo | | |
| 15-23 | JTH-00230 | | SFPD Warehouse Photo | | |
| 15-24 | JTH-00231 | | SFPD Warehouse Photo | | |
| 15-25 | JTH-00232 | | SFPD Warehouse Photo | | |
| 15-26 | JTH-00233 | | SFPD Warehouse Photo | | |
| 15-27 | JTH-00234 | | SFPD Warehouse Photo | | |
| 15-28 | JTH-00235 | | SFPD Warehouse Photo | | |
| 15-29 | JTH-00236 | | SFPD Warehouse Photo | | |
| 15-30 | JTH-00237 | | SFPD Warehouse Photo | | |
| 15-31 | JTH-00238 | | SFPD Warehouse Photo | | |
| 15-32 | JTH-00239 | | SFPD Warehouse Photo | | |
| 15-33 | JTH-00240 | | SFPD Warehouse Photo | | |
| 15-34 | JTH-00241 | | SFPD Warehouse Photo | | |
| 15-35 | JTH-00242 | | SFPD Warehouse Photo | | |
| 15-36 | JTH-00243 | | SFPD Warehouse Photo | | |
| 15-37 | JTH-00244 | | SFPD Warehouse Photo | | |
| 15-38 | JTH-00245 | | SFPD Warehouse Photo | | |
| 15-39 | JTH-00246 | | SFPD Warehouse Photo | | |
| 15-40 | JTH-00247 | | SFPD Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|-------------------|-------------|--------------|---------------|
| 15-41 | JTH-00248 | | SFPD Warehouse Photo | | |
| 15-42 | JTH-00249 | | SFPD Warehouse Photo | | |
| 15-43 | JTH-00250 | | SFPD Warehouse Photo | | |
| 15-44 | JTH-00251 | | SFPD Warehouse Photo-bathroom sign | 3/5/19 | 3/5/19 |
| 15-45 | JTH-00252 | | SFPD Warehouse Photo-bathroom | 3/5/19 | 3/5/19 |
| 15-46 | JTH-00253 | | SFPD Warehouse Photo-bathroom | 3/5/19 | 3/5/19 |
| 15-47 | JTH-00254 | | SFPD Warehouse Photo | | |
| 15-48 | JTH-00255 | | SFPD Warehouse Photo-bathroom entrance | 3/4/19 | 3/4/19 |
| 15-49 | JTH-00256 | | SFPD Warehouse Photo | | |
| 15-50 | JTH-00257 | | SFPD Warehouse Photo-bathroom entrance | 3/4/19 | 3/4/19 |
| 15-51 | JTH-00258 | | SFPD Warehouse Photo-bathroom | 3/4/19 | 3/4/19 |
| 15-52 | JTH-00259 | | SFPD Warehouse Photo-bathroom | 3/4/19 | 3/4/19 |
| 15-53 | JTH-00260 | | SFPD Warehouse Photo-shower | 3/4/19 | 3/4/19 |
| 15-54 | JTH-00261 | | SFPD Warehouse Photo-shower | 3/4/19 | 3/4/19 |
| 15-55 | JTH-00262 | | SFPD Warehouse Photo-bathroom | 3/4/19 | 3/4/19 |
| 15-56 | JTH-00263 | | SFPD Warehouse Photo | | |
| 15-57 | JTH-00264 | | SFPD Warehouse Photo | | |
| 15-58 | JTH-00265 | | SFPD Warehouse Photo | | |
| 15-59 | JTH-00266 | | SFPD Warehouse Photo-kitchen area | 3/4/19 | 3/4/19 |
| 15-60 | JTH-00267 | | SFPD Warehouse Photo | | |
| 15-61 | JTH-00268 | | SFPD Warehouse Photo | | |
| 15-62 | JTH-00269 | | SFPD Warehouse Photo-attic | 3/4/19 | 3/4/19 |
| 15-63 | JTH-00270 | | SFPD Warehouse Photo-attic | 3/4/19 | 3/4/19 |
| 15-64 | JTH-00271 | | SFPD Warehouse Photo-attic | 3/4/19 | 3/4/19 |
| 15-65 | JTH-00272 | | SFPD Warehouse Photo-view from attic | 3/4/19 | 3/4/19 |
| 15-66 | JTH-00273 | | SFPD Warehouse Photo | | |
| 15-67 | JTH-00274 | | SFPD Warehouse Photo | | |
| 15-68 | JTH-00275 | | SFPD Warehouse Photo | | |
| 15-69 | JTH-00276 | | SFPD Warehouse Photo-stairs to attic | 3/4/19 | 3/4/19 |
| 15-70 | JTH-00277 | | SFPD Warehouse Photo | | |

## JOINT EXHIBIT LIST
*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 15-71 | JTH-00278 | | SFPD Warehouse Photo | | |
| 15-72 | JTH-00279 | | SFPD Warehouse Photo | | |
| 15-73 | JTH-00280 | | SFPD Warehouse Photo | | |
| 15-74 | JTH-00281 | | SFPD Warehouse Photo | | |
| 15-75 | JTH-00282 | | SFPD Warehouse Photo-view of attic | 3/4/19 | 3/4/19 |
| 15-76 | JTH-00283 | | SFPD Warehouse Photo-hot plate | 3/4/19 | 3/4/19 |
| 15-77 | JTH-00284 | | SFPD Warehouse Photo-sink | 3/4/19 | 3/4/19 |
| 15-78 | JTH-00285 | | SFPD Warehouse Photo-sink | 3/4/19 | 3/4/19 |
| 15-79 | JTH-00286 | | SFPD Warehouse Photo | | |
| 15-80 | JTH-00287 | | SFPD Warehouse Photo | | |
| 15-81 | JTH-00288 | | SFPD Warehouse Photo | | |
| 15-82 | JTH-00289 | | SFPD Warehouse Photo | | |
| 15-83 | JTH-00290 | | SFPD Warehouse Photo | | |
| 15-84 | JTH-00291 | | SFPD Warehouse Photo | | |
| 15-85 | JTH-00292 | | SFPD Warehouse Photo | | |
| 15-86 | JTH-00293 | | SFPD Warehouse Photo | | |
| 15-87 | JTH-00294 | | SFPD Warehouse Photo | | |
| 16-1 | JTH-01880 | | HSI Search Warrant Warehouse Photo | | |
| 16-2 | JTH-01881 | | HSI Search Warrant Warehouse Photo | | |
| 16-3 | JTH-01882 | | HSI Search Warrant Warehouse Photo | | |
| 16-4 | JTH-01883 | | HSI Search Warrant Warehouse Photo | | |
| 16-5 | JTH-01884 | | HSI Search Warrant Warehouse Photo | | |
| 16-6 | JTH-01885 | | HSI Search Warrant Warehouse Photo | | |
| 16-7 | JTH-01886 | | HSI Search Warrant Warehouse Photo | | |
| 16-8 | JTH-01887 | | HSI Search Warrant Warehouse Photo | | |
| 16-9 | JTH-01888 | | HSI Search Warrant Warehouse Photo | | |
| 16-10 | JTH-01889 | | HSI Search Warrant Warehouse Photo | | |
| 16-11 | JTH-01890 | | HSI Search Warrant Warehouse Photo | | |
| 16-12 | JTH-01891 | | HSI Search Warrant Warehouse Photo | | |
| 16-13 | JTH-01892 | | HSI Search Warrant Warehouse Photo | | |

**JOINT EXHIBIT LIST**

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-14 | JTH-01893 | | HSI Search Warrant Warehouse Photo | | |
| 16-15 | JTH-01894 | | HSI Search Warrant Warehouse Photo | | |
| 16-16 | JTH-01895 | | HSI Search Warrant Warehouse Photo | | |
| 16-17 | JTH-01896 | | HSI Search Warrant Warehouse Photo | | |
| 16-18 | JTH-01897 | | HSI Search Warrant Warehouse Photo | | |
| 16-19 | JTH-01898 | | HSI Search Warrant Warehouse Photo | | |
| 16-20 | JTH-01899 | | HSI Search Warrant Warehouse Photo | | |
| 16-21 | JTH-01900 | | HSI Search Warrant Warehouse Photo | | |
| 16-22 | JTH-01901 | | HSI Search Warrant Warehouse Photo | | |
| 16-23 | JTH-01902 | | HSI Search Warrant Warehouse Photo | 3/11/19 | 3/11/19 |
| 16-24 | JTH-01903 | | HSI Search Warrant Warehouse Photo | | |
| 16-25 | JTH-01904 | | HSI Search Warrant Warehouse Photo | | |
| 16-26 | JTH-01905 | | HSI Search Warrant Warehouse Photo | | |
| 16-27 | JTH-01906 | | HSI Search Warrant Warehouse Photo | | |
| 16-28 | JTH-01907 | | HSI Search Warrant Warehouse Photo | | |
| 16-29 | JTH-01908 | | HSI Search Warrant Warehouse Photo | | |
| 16-30 | JTH-01909 | | HSI Search Warrant Warehouse Photo | | |
| 16-31 | JTH-01910 | | HSI Search Warrant Warehouse Photo | | |
| 16-32 | JTH-01911 | | HSI Search Warrant Warehouse Photo | | |
| 16-33 | JTH-01912 | | HSI Search Warrant Warehouse Photo | | |
| 16-34 | JTH-01913 | | HSI Search Warrant Warehouse Photo | | |
| 16-35 | JTH-01914 | | HSI Search Warrant Warehouse Photo | | |
| 16-36 | JTH-01915 | | HSI Search Warrant Warehouse Photo | 3/11/19 | 3/11/19 |
| 16-37 | JTH-01916 | | HSI Search Warrant Warehouse Photo | | |
| 16-38 | JTH-01917 | | HSI Search Warrant Warehouse Photo | | |
| 16-39 | JTH-01918 | | HSI Search Warrant Warehouse Photo | | |
| 16-40 | JTH-01919 | | HSI Search Warrant Warehouse Photo | | |
| 16-41 | JTH-01920 | | HSI Search Warrant Warehouse Photo | | |
| 16-42 | JTH-01921 | | HSI Search Warrant Warehouse Photo | | |
| 16-43 | JTH-01922 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|--------------------|-------------|--------------|---------------|
| 16-44 | JTH-01923 | | HSI Search Warrant Warehouse Photo | | |
| 16-45 | JTH-01924 | | HSI Search Warrant Warehouse Photo | | |
| 16-46 | JTH-01925 | | HSI Search Warrant Warehouse Photo | | |
| 16-47 | JTH-01926 | | HSI Search Warrant Warehouse Photo | | |
| 16-48 | JTH-01927 | | HSI Search Warrant Warehouse Photo | | |
| 16-49 | JTH-01928 | | HSI Search Warrant Warehouse Photo | | |
| 16-50 | JTH-01929 | | HSI Search Warrant Warehouse Photo | | |
| 16-51 | JTH-01930 | | HSI Search Warrant Warehouse Photo | | |
| 16-52 | JTH-01931 | | HSI Search Warrant Warehouse Photo | | |
| 16-53 | JTH-01932 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-54 | JTH-01933 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-55 | JTH-01934 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-56 | JTH-01935 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-57 | JTH-01936 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-58 | JTH-01937 | | HSI Search Warrant Warehouse Photo | | |
| 16-59 | JTH-01938 | | HSI Search Warrant Warehouse Photo | | |
| 16-60 | JTH-01939 | | HSI Search Warrant Warehouse Photo | | |
| 16-61 | JTH-01940 | | HSI Search Warrant Warehouse Photo | | |
| 16-62 | JTH-01941 | | HSI Search Warrant Warehouse Photo | | |
| 16-63 | JTH-01942 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-64 | JTH-01943 | | HSI Search Warrant Warehouse Photo | | |
| 16-65 | JTH-01944 | | HSI Search Warrant Warehouse Photo | | |
| 16-66 | JTH-01945 | | HSI Search Warrant Warehouse Photo | | |
| 16-67 | JTH-01946 | | HSI Search Warrant Warehouse Photo | | |
| 16-68 | JTH-01947 | | HSI Search Warrant Warehouse Photo | | |
| 16-69 | JTH-01948 | | HSI Search Warrant Warehouse Photo | | |
| 16-70 | JTH-01949 | | HSI Search Warrant Warehouse Photo | | |
| 16-71 | JTH-01950 | | HSI Search Warrant Warehouse Photo | | |
| 16-72 | JTH-01951 | | HSI Search Warrant Warehouse Photo | | |
| 16-73 | JTH-01952 | | HSI Search Warrant Warehouse Photo | | |

**JOINT EXHIBIT LIST**

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|--------------------|-------------|--------------|---------------|
| 16-74 | JTH-01953 | | HSI Search Warrant Warehouse Photo | | |
| 16-75 | JTH-01954 | | HSI Search Warrant Warehouse Photo | | |
| 16-76 | JTH-01955 | | HSI Search Warrant Warehouse Photo | | |
| 16-77 | JTH-01956 | | HSI Search Warrant Warehouse Photo | | |
| 16-78 | JTH-01957 | | HSI Search Warrant Warehouse Photo | | |
| 16-79 | JTH-01958 | | HSI Search Warrant Warehouse Photo | | |
| 16-80 | JTH-01959 | | HSI Search Warrant Warehouse Photo | | |
| 16-81 | JTH-01960 | | HSI Search Warrant Warehouse Photo | | |
| 16-82 | JTH-01961 | | HSI Search Warrant Warehouse Photo | | |
| 16-83 | JTH-01962 | | HSI Search Warrant Warehouse Photo | | |
| 16-84 | JTH-01963 | | HSI Search Warrant Warehouse Photo | | |
| 16-85 | JTH-01964 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-86 | JTH-01965 | | HSI Search Warrant Warehouse Photo | | |
| 16-87 | JTH-01966 | | HSI Search Warrant Warehouse Photo | | |
| 16-88 | JTH-01967 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-89 | JTH-01968 | | HSI Search Warrant Warehouse Photo | | |
| 16-90 | JTH-01969 | | HSI Search Warrant Warehouse Photo | | |
| 16-91 | JTH-01970 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-92 | JTH-01971 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-93 | JTH-01972 | | HSI Search Warrant Warehouse Photo | | |
| 16-94 | JTH-01973 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-95 | JTH-01974 | | HSI Search Warrant Warehouse Photo | | |
| 16-96 | JTH-01975 | | HSI Search Warrant Warehouse Photo | | |
| 16-97 | JTH-01976 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-98 | JTH-01977 | | HSI Search Warrant Warehouse Photo | | |
| 16-99 | JTH-01978 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-100 | JTH-01979 | | HSI Search Warrant Warehouse Photo | | |
| 16-101 | JTH-01980 | | HSI Search Warrant Warehouse Photo | | |
| 16-102 | JTH-01981 | | HSI Search Warrant Warehouse Photo | | |
| 16-103 | JTH-01982 | | HSI Search Warrant Warehouse Photo | | |

**JOINT EXHIBIT LIST**
*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-104 | JTH-01983 | | HSI Search Warrant Warehouse Photo | | |
| 16-105 | JTH-01984 | | HSI Search Warrant Warehouse Photo | | |
| 16-106 | JTH-01985 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-107 | JTH-01986 | | HSI Search Warrant Warehouse Photo | | |
| 16-108 | JTH-01987 | | HSI Search Warrant Warehouse Photo | | |
| 16-109 | JTH-01988 | | HSI Search Warrant Warehouse Photo | | |
| 16-110 | JTH-01989 | | HSI Search Warrant Warehouse Photo | | |
| 16-111 | JTH-01990 | | HSI Search Warrant Warehouse Photo | | |
| 16-112 | JTH-01991 | | HSI Search Warrant Warehouse Photo | | |
| 16-113 | JTH-01992 | | HSI Search Warrant Warehouse Photo | | |
| 16-114 | JTH-01993 | | HSI Search Warrant Warehouse Photo | | |
| 16-115 | JTH-01994 | | HSI Search Warrant Warehouse Photo | | |
| 16-116 | JTH-01995 | | HSI Search Warrant Warehouse Photo | | |
| 16-117 | JTH-01996 | | HSI Search Warrant Warehouse Photo | | |
| 16-118 | JTH-01997 | | HSI Search Warrant Warehouse Photo | | |
| 16-119 | JTH-01998 | | HSI Search Warrant Warehouse Photo | | |
| 16-120 | JTH-01999 | | HSI Search Warrant Warehouse Photo | | |
| 16-121 | JTH-02000 | | HSI Search Warrant Warehouse Photo | | |
| 16-122 | JTH-02001 | | HSI Search Warrant Warehouse Photo | | |
| 16-123 | JTH-02002 | | HSI Search Warrant Warehouse Photo | | |
| 16-124 | JTH-02003 | | HSI Search Warrant Warehouse Photo | | |
| 16-125 | JTH-02004 | | HSI Search Warrant Warehouse Photo | | |
| 16-126 | JTH-02005 | | HSI Search Warrant Warehouse Photo | | |
| 16-127 | JTH-02006 | | HSI Search Warrant Warehouse Photo | | |
| 16-128 | JTH-02007 | | HSI Search Warrant Warehouse Photo | | |
| 16-129 | JTH-02008 | | HSI Search Warrant Warehouse Photo | | |
| 16-130 | JTH-02009 | | HSI Search Warrant Warehouse Photo | | |
| 16-131 | JTH-02010 | | HSI Search Warrant Warehouse Photo | | |
| 16-132 | JTH-02011 | | HSI Search Warrant Warehouse Photo | | |
| 16-133 | JTH-02012 | | HSI Search Warrant Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-134 | JTH-02013 | | HSI Search Warrant Warehouse Photo | | |
| 16-135 | JTH-02014 | | HSI Search Warrant Warehouse Photo | | |
| 16-136 | JTH-02015 | | HSI Search Warrant Warehouse Photo | | |
| 16-137 | JTH-02016 | | HSI Search Warrant Warehouse Photo | | |
| 16-138 | JTH-02017 | | HSI Search Warrant Warehouse Photo | | |
| 16-139 | JTH-02018 | | HSI Search Warrant Warehouse Photo | | |
| 16-140 | JTH-019 | | HSI Search Warrant Warehouse Photo | | |
| 16-141 | JTH-02020 | | HSI Search Warrant Warehouse Photo | | |
| 16-142 | JTH-02021 | | HSI Search Warrant Warehouse Photo | | |
| 16-143 | JTH-02022 | | HSI Search Warrant Warehouse Photo | | |
| 16-144 | JTH-02023 | | HSI Search Warrant Warehouse Photo | | |
| 16-145 | JTH-02024 | | HSI Search Warrant Warehouse Photo | | |
| 16-146 | JTH-02025 | | HSI Search Warrant Warehouse Photo | | |
| 16-147 | JTH-02026 | | HSI Search Warrant Warehouse Photo | | |
| 16-148 | JTH-02027 | | HSI Search Warrant Warehouse Photo | | |
| 16-149 | JTH-02028 | | HSI Search Warrant Warehouse Photo | | |
| 16-150 | JTH-02029 | | HSI Search Warrant Warehouse Photo | | |
| 16-151 | JTH-02030 | | HSI Search Warrant Warehouse Photo | | |
| 16-152 | JTH-02031 | | HSI Search Warrant Warehouse Photo | | |
| 16-153 | JTH-02032 | | HSI Search Warrant Warehouse Photo | | |
| 16-154 | JTH-02033 | | HSI Search Warrant Warehouse Photo | | |
| 16-155 | JTH-02034 | | HSI Search Warrant Warehouse Photo | | |
| 16-156 | JTH-02035 | | HSI Search Warrant Warehouse Photo | | |
| 16-157 | JTH-02036 | | HSI Search Warrant Warehouse Photo | | |
| 16-158 | JTH-02037 | | HSI Search Warrant Warehouse Photo | | |
| 16-159 | JTH-02038 | | HSI Search Warrant Warehouse Photo | | |
| 16-160 | JTH-02039 | | HSI Search Warrant Warehouse Photo | | |
| 16-161 | JTH-02040 | | HSI Search Warrant Warehouse Photo | | |
| 16-162 | JTH-02041 | | HSI Search Warrant Warehouse Photo | | |
| 16-163 | JTH-02042 | | HSI Search Warrant Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-164 | JTH-02043 | | HSI Search Warrant Warehouse Photo | | |
| 16-165 | JTH-02044 | | HSI Search Warrant Warehouse Photo | | |
| 16-166 | JTH-02045 | | HSI Search Warrant Warehouse Photo | | |
| 16-167 | JTH-02046 | | HSI Search Warrant Warehouse Photo | | |
| 16-168 | JTH-02047 | | HSI Search Warrant Warehouse Photo | | |
| 16-169 | JTH-02048 | | HSI Search Warrant Warehouse Photo | | |
| 16-170 | JTH-02049 | | HSI Search Warrant Warehouse Photo | | |
| 16-171 | JTH-02050 | | HSI Search Warrant Warehouse Photo | | |
| 16-172 | JTH-02051 | | HSI Search Warrant Warehouse Photo | | |
| 16-173 | JTH-02052 | | HSI Search Warrant Warehouse Photo | | |
| 16-174 | JTH-02053 | | HSI Search Warrant Warehouse Photo | | |
| 16-175 | JTH-02054 | | HSI Search Warrant Warehouse Photo | | |
| 16-176 | JTH-02055 | | HSI Search Warrant Warehouse Photo | | |
| 16-177 | JTH-02056 | | HSI Search Warrant Warehouse Photo | | |
| 16-178 | JTH-02057 | | HSI Search Warrant Warehouse Photo | | |
| 16-179 | JTH-02058 | | HSI Search Warrant Warehouse Photo | | |
| 16-180 | JTH-02059 | | HSI Search Warrant Warehouse Photo | | |
| 16-181 | JTH-02060 | | HSI Search Warrant Warehouse Photo | | |
| 16-182 | JTH-02061 | | HSI Search Warrant Warehouse Photo | | |
| 16-183 | JTH-02062 | | HSI Search Warrant Warehouse Photo | | |
| 16-184 | JTH-02063 | | HSI Search Warrant Warehouse Photo | | |
| 16-185 | JTH-02064 | | HSI Search Warrant Warehouse Photo | | |
| 16-186 | JTH-02065 | | HSI Search Warrant Warehouse Photo | | |
| 16-187 | JTH-02066 | | HSI Search Warrant Warehouse Photo | | |
| 16-188 | JTH-02067 | | HSI Search Warrant Warehouse Photo | | |
| 16-189 | JTH-02068 | | HSI Search Warrant Warehouse Photo | | |
| 16-190 | JTH-02069 | | HSI Search Warrant Warehouse Photo | | |
| 16-191 | JTH-02070 | | HSI Search Warrant Warehouse Photo | | |
| 16-192 | JTH-02071 | | HSI Search Warrant Warehouse Photo | | |
| 16-193 | JTH-02072 | | HSI Search Warrant Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-194 | JTH-02073 | | HSI Search Warrant Warehouse Photo | | |
| 16-195 | JTH-02074 | | HSI Search Warrant Warehouse Photo | | |
| 16-196 | JTH-02075 | | HSI Search Warrant Warehouse Photo | | |
| 16-197 | JTH-02076 | | HSI Search Warrant Warehouse Photo | | |
| 16-198 | JTH-02077 | | HSI Search Warrant Warehouse Photo | | |
| 16-199 | JTH-02078 | | HSI Search Warrant Warehouse Photo | | |
| 16-200 | JTH-02079 | | HSI Search Warrant Warehouse Photo | | |
| 16-201 | JTH-02080 | | HSI Search Warrant Warehouse Photo | | |
| 16-202 | JTH-02081 | | HSI Search Warrant Warehouse Photo | | |
| 16-203 | JTH-02082 | | HSI Search Warrant Warehouse Photo | | |
| 16-204 | JTH-02083 | | HSI Search Warrant Warehouse Photo | | |
| 16-205 | JTH-02084 | | HSI Search Warrant Warehouse Photo | | |
| 16-206 | JTH-02085 | | HSI Search Warrant Warehouse Photo | | |
| 16-207 | JTH-02086 | | HSI Search Warrant Warehouse Photo | | |
| 16-208 | JTH-02087 | | HSI Search Warrant Warehouse Photo | | |
| 16-209 | JTH-02088 | | HSI Search Warrant Warehouse Photo | | |
| 16-210 | JTH-02089 | | HSI Search Warrant Warehouse Photo | | |
| 16-211 | JTH-02090 | | HSI Search Warrant Warehouse Photo | | |
| 16-212 | JTH-02091 | | HSI Search Warrant Warehouse Photo | | |
| 16-213 | JTH-02092 | | HSI Search Warrant Warehouse Photo | | |
| 16-214 | JTH-02093 | | HSI Search Warrant Warehouse Photo | | |
| 16-215 | JTH-02094 | | HSI Search Warrant Warehouse Photo | | |
| 16-216 | JTH-02095 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-217 | JTH-02096 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-218 | JTH-02097 | | HSI Search Warrant Warehouse Photo | | |
| 16-219 | JTH-02098 | | HSI Search Warrant Warehouse Photo | | |
| 16-220 | JTH-02099 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-221 | JTH-02100 | | HSI Search Warrant Warehouse Photo | | |
| 16-222 | JTH-02101 | | HSI Search Warrant Warehouse Photo | | |
| 16-223 | JTH-02102 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |

**JOINT EXHIBIT LIST**

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-224 | JTH-02103 | | HSI Search Warrant Warehouse Photo | | |
| 16-225 | JTH-02104 | | HSI Search Warrant Warehouse Photo | 3/7/19 | 3/7/19 |
| 16-226 | JTH-02105 | | HSI Search Warrant Warehouse Photo | 3/7/19 | 3/7/19 |
| 16-227 | JTH-02106 | | HSI Search Warrant Warehouse Photo | | |
| 16-228 | JTH-02107 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-229 | JTH-02108 | | HSI Search Warrant Warehouse Photo | | |
| 16-230 | JTH-02109 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-231 | JTH-02110 | | HSI Search Warrant Warehouse Photo | 3/7/19 | 3/7/19 |
| 16-232 | JTH-02111 | | HSI Search Warrant Warehouse Photo | | |
| 16-233 | JTH-02112 | | HSI Search Warrant Warehouse Photo | 3/12/19 | 3/12/19 |
| 16-234 | JTH-02113 | | HSI Search Warrant Warehouse Photo | | |
| 16-235 | JTH-02114 | | HSI Search Warrant Warehouse Photo | | |
| 16-236 | JTH-02115 | | HSI Search Warrant Warehouse Photo | | |
| 16-237 | JTH-02116 | | HSI Search Warrant Warehouse Photo | | |
| 16-238 | JTH-02117 | | HSI Search Warrant Warehouse Photo | | |
| 16-239 | JTH-02118 | | HSI Search Warrant Warehouse Photo | | |
| 16-240 | JTH-02119 | | HSI Search Warrant Warehouse Photo | | |
| 16-241 | JTH-02120 | | HSI Search Warrant Warehouse Photo | | |
| 16-242 | JTH-02121 | | HSI Search Warrant Warehouse Photo | | |
| 16-243 | JTH-02122 | | HSI Search Warrant Warehouse Photo | | |
| 16-244 | JTH-02123 | | HSI Search Warrant Warehouse Photo | | |
| 16-245 | JTH-02124 | | HSI Search Warrant Warehouse Photo | | |
| 16-246 | JTH-02125 | | HSI Search Warrant Warehouse Photo | | |
| 16-247 | JTH-02126 | | HSI Search Warrant Warehouse Photo | | |
| 16-248 | JTH-02127 | | HSI Search Warrant Warehouse Photo | | |
| 16-249 | JTH-02128 | | HSI Search Warrant Warehouse Photo | | |
| 16-250 | JTH-02129 | | HSI Search Warrant Warehouse Photo | | |
| 16-251 | JTH-02130 | | HSI Search Warrant Warehouse Photo | | |
| 16-252 | JTH-02131 | | HSI Search Warrant Warehouse Photo | | |
| 16-253 | JTH-02132 | | HSI Search Warrant Warehouse Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 16-254 | JTH-02133 | | HSI Search Warrant Warehouse Photo | | |
| 16-255 | JTH-02134 | | HSI Search Warrant Warehouse Photo | | |
| 16-256 | JTH-02135 | | HSI Search Warrant Warehouse Photo | | |
| 16-257 | JTH-02136 | | HSI Search Warrant Warehouse Photo | | |
| 16-258 | JTH-02137 | | HSI Search Warrant Warehouse Photo | | |
| 16-259 | JTH-02138 | | HSI Search Warrant Warehouse Photo | | |
| 16-260 | JTH-02139 | | HSI Search Warrant Warehouse Photo | | |
| 16-261 | JTH-02140 | | HSI Search Warrant Warehouse Photo | | |
| 16-262 | JTH-02141 | | HSI Search Warrant Warehouse Photo | | |
| 16-263 | JTH-02142 | | HSI Search Warrant Warehouse Photo | | |
| 16-264 | JTH-02143 | | HSI Search Warrant Warehouse Photo | | |
| 16-265 | JTH-02144 | | HSI Search Warrant Warehouse Photo | | |
| 16-266 | JTH-02145 | | HSI Search Warrant Warehouse Photo | | |
| 16-267 | JTH-02146 | | HSI Search Warrant Warehouse Photo | | |
| 16-268 | JTH-02147 | | HSI Search Warrant Warehouse Photo | | |
| 16-269 | JTH-02148 | | HSI Search Warrant Warehouse Photo | | |
| 16-270 | JTH-02149 | | HSI Search Warrant Warehouse Photo | | |
| 16-271 | JTH-02150 | | HSI Search Warrant Warehouse Photo | | |
| 16-272 | JTH-02151 | | HSI Search Warrant Warehouse Photo | | |
| 16-273 | JTH-02152 | | HSI Search Warrant Warehouse Photo | | |
| 16-274 | JTH-02153 | | HSI Search Warrant Warehouse Photo | | |
| 16-275 | JTH-02154 | | HSI Search Warrant Warehouse Photo | | |
| 16-276 | JTH-02155 | | HSI Search Warrant Warehouse Photo | | |
| 16-277 | JTH-02156 | | HSI Search Warrant Warehouse Photo | | |
| 16-278 | JTH-02157 | | HSI Search Warrant Warehouse Photo | | |
| 16-279 | JTH-02158 | | HSI Search Warrant Warehouse Photo | | |
| 16-280 | JTH-02159 | | HSI Search Warrant Warehouse Photo | | |
| 16-281 | JTH-02160 | | HSI Search Warrant Warehouse Photo | | |
| 16-282 | JTH-02161 | | HSI Search Warrant Warehouse Photo | | |
| 16-283 | JTH-02162 | | HSI Search Warrant Warehouse Photo | | |

## JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|--------------------|-------------|--------------|---------------|
| 16-284 | JTH-02163 | | HSI Search Warrant Warehouse Photo | | |
| 16-285 | JTH-02164 | | HSI Search Warrant Warehouse Photo | | |
| 16-286 | JTH-02165 | | HSI Search Warrant Warehouse Photo | | |
| 16-287 | JTH-02166 | | HSI Search Warrant Warehouse Photo | | |
| 17-1 | JTH-00377 | | HSI Surveillance Photo | | |
| 17-2 | JTH-00378 | | HSI Surveillance Photo | | |
| 17-3 | JTH-00379 | | HSI Surveillance Photo | | |
| 17-4 | JTH-00380 | | HSI Surveillance Photo | | |
| 17-5 | JTH-00381 | | HSI Surveillance Photo | | |
| 17-6 | JTH-00382 | | HSI Surveillance Photo | | |
| 17-7 | JTH-00383 | | HSI Surveillance Photo | | |
| 17-8 | JTH-00384 | | HSI Surveillance Photo | | |
| 17-9 | JTH-00385 | | HSI Surveillance Photo | | |
| 17-10 | JTH-00386 | | HSI Surveillance Photo | | |
| 17-11 | JTH-00387 | | HSI Surveillance Photo | | |
| 17-12 | JTH-00388 | | HSI Surveillance Photo | | |
| 17-13 | JTH-00389 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-14 | JTH-00390 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-15 | JTH-00391 | | HSI Surveillance Photo | | |
| 17-16 | JTH-00392 | | HSI Surveillance Photo | | |
| 17-17 | JTH-00393 | | HSI Surveillance Photo | | |
| 17-18 | JTH-00394 | | HSI Surveillance Photo | | |
| 17-19 | JTH-00395 | | HSI Surveillance Photo | | |
| 17-20 | JTH-00396 | | HSI Surveillance Photo | | |
| 17-21 | JTH-00397 | | HSI Surveillance Photo | | |
| 17-22 | JTH-00398 | | HSI Surveillance Photo | | |
| 17-23 | JTH-00399 | | HSI Surveillance Photo | | |
| 17-24 | JTH-00400 | | HSI Surveillance Photo | | |
| 17-25 | JTH-00401 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-26 | JTH-00402 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|---------|---------|---------|---------|---------|
| 17-27 | JTH-00403 | | HSI Surveillance Photo | | |
| 17-28 | JTH-00404 | | HSI Surveillance Photo | | |
| 17-29 | JTH-00405 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-30 | JTH-00406 | | HSI Surveillance Photo | | |
| 17-31 | JTH-00407 | | HSI Surveillance Photo | | |
| 17-32 | JTH-00408 | | HSI Surveillance Photo | | |
| 17-33 | JTH-00409 | | HSI Surveillance Photo | | |
| 17-34 | JTH-00410 | | HSI Surveillance Photo | | |
| 17-35 | JTH-00411 | | HSI Surveillance Photo | | |
| 17-36 | JTH-00412 | | HSI Surveillance Photo | 3/11/19 | 3/11/19 |
| 17-37 | JTH-00413 | | HSI Surveillance Photo | | |
| 17-38 | JTH-00414 | | HSI Surveillance Photo | | |
| 17-39 | JTH-00415 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-40 | JTH-00416 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-41 | JTH-00417 | | HSI Surveillance Photo | | |
| 17-42 | JTH-00418 | | HSI Surveillance Photo | | |
| 17-43 | JTH-00419 | | HSI Surveillance Photo | | |
| 17-44 | JTH-00420 | | HSI Surveillance Photo | | |
| 17-45 | JTH-00421 | | HSI Surveillance Photo | | |
| 17-46 | JTH-00422 | | HSI Surveillance Photo | | |
| 17-47 | JTH-00423 | | HSI Surveillance Photo | | |
| 17-48 | JTH-00424 | | HSI Surveillance Photo | | |
| 17-49 | JTH-00425 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-50 | JTH-00426 | | HSI Surveillance Photo | | |
| 17-51 | JTH-00427 | | HSI Surveillance Photo | | |
| 17-52 | JTH-00428 | | HSI Surveillance Photo | | |
| 17-53 | JTH-00429 | | HSI Surveillance Photo | | |
| 17-54 | JTH-00430 | | HSI Surveillance Photo | | |
| 17-55 | JTH-00431 | | HSI Surveillance Photo | | |
| 17-56 | JTH-00432 | | HSI Surveillance Photo | | |

**JOINT EXHIBIT LIST**

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|--------------------|-------------|--------------|---------------|
| 17-57 | JTH-00433 | | HSI Surveillance Photo | | |
| 17-58 | JTH-00434 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-59 | JTH-00435 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-60 | JTH-00436 | | HSI Surveillance Photo | | |
| 17-61 | JTH-00437 | | HSI Surveillance Photo | | |
| 17-62 | JTH-00438 | | HSI Surveillance Photo | | |
| 17-63 | JTH-00439 | | HSI Surveillance Photo | | |
| 17-64 | JTH-00440 | | HSI Surveillance Photo | | |
| 17-65 | JTH-00441 | | HSI Surveillance Photo | | |
| 17-66 | JTH-00442 | | HSI Surveillance Photo | | |
| 17-67 | JTH-00443 | | HSI Surveillance Photo | | |
| 17-68 | JTH-00444 | | HSI Surveillance Photo | | |
| 17-69 | JTH-00445 | | HSI Surveillance Photo | | |
| 17-70 | JTH-00446 | | HSI Surveillance Photo | | |
| 17-71 | JTH-00447 | | HSI Surveillance Photo | | |
| 17-72 | JTH-00448 | | HSI Surveillance Photo | | |
| 17-73 | JTH-00449 | | HSI Surveillance Photo | | |
| 17-74 | JTH-00450 | | HSI Surveillance Photo | | |
| 17-75 | JTH-00451 | | HSI Surveillance Photo | | |
| 17-76 | JTH-00452 | | HSI Surveillance Photo | | |
| 17-77 | JTH-00453 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-78 | JTH-00454 | | HSI Surveillance Photo | | |
| 17-79 | JTH-00455 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-80 | JTH-00456 | | HSI Surveillance Photo | | |
| 17-81 | JTH-00457 | | HSI Surveillance Photo | | |
| 17-82 | JTH-00458 | | HSI Surveillance Photo | | |
| 17-83 | JTH-00459 | | HSI Surveillance Photo | | |
| 17-84 | JTH-00460 | | HSI Surveillance Photo | | |
| 17-85 | JTH-00461 | | HSI Surveillance Photo | | |
| 17-86 | JTH-00462 | | HSI Surveillance Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17-87 | JTH-00463 | | HSI Surveillance Photo | | |
| 17-88 | JTH-00464 | | HSI Surveillance Photo | | |
| 17-89 | JTH-00465 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-90 | JTH-00466 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-91 | JTH-00467 | | HSI Surveillance Photo | | |
| 17-92 | JTH-00468 | | HSI Surveillance Photo | | |
| 17-93 | JTH-00469 | | HSI Surveillance Photo | | |
| 17-94 | JTH-00470 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-95 | JTH-00471 | | HSI Surveillance Photo | | |
| 17-96 | JTH-00472 | | HSI Surveillance Photo | | |
| 17-97 | JTH-00473 | | HSI Surveillance Photo | | |
| 17-98 | JTH-00474 | | HSI Surveillance Photo | | |
| 17-99 | JTH-00475 | | HSI Surveillance Photo | | |
| 17-100 | JTH-00476 | | HSI Surveillance Photo | | |
| 17-101 | JTH-00477 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-102 | JTH-00478 | | HSI Surveillance Photo | | |
| 17-103 | JTH-00479 | | HSI Surveillance Photo | | |
| 17-104 | JTH-00480 | | HSI Surveillance Photo | | |
| 17-105 | JTH-00481 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-106 | JTH-00482 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-107 | JTH-00483 | | HSI Surveillance Photo | | |
| 17-108 | JTH-00484 | | HSI Surveillance Photo | | |
| 17-109 | JTH-00485 | | HSI Surveillance Photo | | |
| 17-110 | JTH-00486 | | HSI Surveillance Photo | | |
| 17-111 | JTH-00487 | | HSI Surveillance Photo | | |
| 17-112 | JTH-00488 | | HSI Surveillance Photo | | |
| 17-113 | JTH-00489 | | HSI Surveillance Photo | | |
| 17-114 | JTH-00490 | | HSI Surveillance Photo | | |
| 17-115 | JTH-00491 | | HSI Surveillance Photo | | |
| 17-116 | JTH-00492 | | HSI Surveillance Photo | | |

**JOINT EXHIBIT LIST**

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|-----------------|-------------|--------------|---------------|
| 17-117 | JTH-00493 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-118 | JTH-00494 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-119 | JTH-00495 | | HSI Surveillance Photo | | |
| 17-120 | JTH-00496 | | HSI Surveillance Photo | | |
| 17-121 | JTH-00497 | | HSI Surveillance Photo | | |
| 17-122 | JTH-00498 | | HSI Surveillance Photo | | |
| 17-123 | JTH-00499 | | HSI Surveillance Photo | | |
| 17-124 | JTH-00500 | | HSI Surveillance Photo | | |
| 17-125 | JTH-00501 | | HSI Surveillance Photo | | |
| 17-126 | JTH-00502 | | HSI Surveillance Photo | | |
| 17-127 | JTH-00503 | | HSI Surveillance Photo | | |
| 17-128 | JTH-00504 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-129 | JTH-00505 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-130 | JTH-00506 | | HSI Surveillance Photo | | |
| 17-131 | JTH-00507 | | HSI Surveillance Photo | | |
| 17-132 | JTH-00508 | | HSI Surveillance Photo | 3/6/19 | 3/6/19 |
| 17-133 | JTH-00509 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-134 | JTH-00510 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-135 | JTH-00511 | | HSI Surveillance Photo | 3/6/19 | 3/6/19 |
| 17-136 | JTH-00512 | | HSI Surveillance Photo | | |
| 17-137 | JTH-00513 | | HSI Surveillance Photo | | |
| 17-138 | JTH-00514 | | HSI Surveillance Photo | | |
| 17-139 | JTH-00515 | | HSI Surveillance Photo | | |
| 17-140 | JTH-00516 | | HSI Surveillance Photo | | |
| 17-141 | JTH-00517 | | HSI Surveillance Photo | | |
| 17-142 | JTH-00518 | | HSI Surveillance Photo | | |
| 17-143 | JTH-00519 | | HSI Surveillance Photo | | |
| 17-144 | JTH-00520 | | HSI Surveillance Photo | | |
| 17-145 | JTH-00521 | | HSI Surveillance Photo | | |
| 17-146 | JTH-00522 | | HSI Surveillance Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---------|--------------------|--------------------|-------------|--------------|---------------|
| 17-147 | JTH-00523 | | HSI Surveillance Photo | | |
| 17-148 | JTH-00524 | | HSI Surveillance Photo | 3/6/19 | 3/6/19 |
| 17-149 | JTH-00525 | | HSI Surveillance Photo | 3/6/19 | 3/6/19 |
| 17-150 | JTH-00526 | | HSI Surveillance Photo | | |
| 17-151 | JTH-00527 | | HSI Surveillance Photo | | |
| 17-152 | JTH-00528 | | HSI Surveillance Photo | | |
| 17-153 | JTH-00529 | | HSI Surveillance Photo | | |
| 17-154 | JTH-00530 | | HSI Surveillance Photo | | |
| 17-155 | JTH-00531 | | HSI Surveillance Photo | | |
| 17-156 | JTH-00532 | | HSI Surveillance Photo | | |
| 17-157 | JTH-00533 | | HSI Surveillance Photo | | |
| 17-158 | JTH-00534 | | HSI Surveillance Photo | | |
| 17-159 | JTH-00535 | | HSI Surveillance Photo | | |
| 17-160 | JTH-00536 | | HSI Surveillance Photo | | |
| 17-161 | JTH-00537 | | HSI Surveillance Photo | | |
| 17-162 | JTH-00538 | | HSI Surveillance Photo | | |
| 17-163 | JTH-00539 | | HSI Surveillance Photo | | |
| 17-164 | JTH-00540 | | HSI Surveillance Photo | | |
| 17-165 | JTH-00541 | | HSI Surveillance Photo | | |
| 17-166 | JTH-00542 | | HSI Surveillance Photo | | |
| 17-167 | JTH-00543 | | HSI Surveillance Photo | | |
| 17-168 | JTH-00544 | | HSI Surveillance Photo | | |
| 17-169 | JTH-00545 | | HSI Surveillance Photo | | |
| 17-170 | JTH-00546 | | HSI Surveillance Photo | | |
| 17-171 | JTH-00547 | | HSI Surveillance Photo | | |
| 17-172 | JTH-00548 | | HSI Surveillance Photo | | |
| 17-173 | JTH-00549 | | HSI Surveillance Photo | | |
| 17-174 | JTH-00550 | | HSI Surveillance Photo | | |
| 17-175 | JTH-00551 | | HSI Surveillance Photo | | |
| 17-176 | JTH-00552 | | HSI Surveillance Photo | | |

**JOINT EXHIBIT LIST**
*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17-177 | JTH-00553 | | HSI Surveillance Photo | | |
| 17-178 | JTH-00554 | | HSI Surveillance Photo | | |
| 17-179 | JTH-00555 | | HSI Surveillance Photo | | |
| 17-180 | JTH-00556 | | HSI Surveillance Photo | | |
| 17-181 | JTH-00557 | | HSI Surveillance Photo | | |
| 17-182 | JTH-00558 | | HSI Surveillance Photo | | |
| 17-183 | JTH-00559 | | HSI Surveillance Photo | | |
| 17-184 | JTH-00560 | | HSI Surveillance Photo | | |
| 17-185 | JTH-00561 | | HSI Surveillance Photo | | |
| 17-186 | JTH-00562 | | HSI Surveillance Photo | | |
| 17-187 | JTH-00563 | | HSI Surveillance Photo | | |
| 17-188 | JTH-00564 | | HSI Surveillance Photo | | |
| 17-189 | JTH-00565 | | HSI Surveillance Photo | | |
| 17-190 | JTH-00566 | | HSI Surveillance Photo | | |
| 17-191 | JTH-00567 | | HSI Surveillance Photo | | |
| 17-192 | JTH-00568 | | HSI Surveillance Photo | | |
| 17-193 | JTH-00569 | | HSI Surveillance Photo | | |
| 17-194 | JTH-00570 | | HSI Surveillance Photo | | |
| 17-195 | JTH-00571 | | HSI Surveillance Photo | | |
| 17-196 | JTH-00572 | | HSI Surveillance Photo | | |
| 17-197 | JTH-00573 | | HSI Surveillance Photo | | |
| 17-198 | JTH-00574 | | HSI Surveillance Photo | | |
| 17-199 | JTH-00575 | | HSI Surveillance Photo | | |
| 17-200 | JTH-00576 | | HSI Surveillance Photo | | |
| 17-201 | JTH-00577 | | HSI Surveillance Photo | | |
| 17-202 | JTH-00578 | | HSI Surveillance Photo | | |
| 17-203 | JTH-00579 | | HSI Surveillance Photo | | |
| 17-204 | JTH-00580 | | HSI Surveillance Photo | | |
| 17-205 | JTH-00581 | | HSI Surveillance Photo | | |
| 17-206 | JTH-00582 | | HSI Surveillance Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17-207 | JTH-00583 | | HSI Surveillance Photo | | |
| 17-208 | JTH-00584 | | HSI Surveillance Photo | | |
| 17-209 | JTH-00585 | | HSI Surveillance Photo | | |
| 17-210 | JTH-00586 | | HSI Surveillance Photo | | |
| 17-211 | JTH-00587 | | HSI Surveillance Photo | | |
| 17-212 | JTH-00588 | | HSI Surveillance Photo | | |
| 17-213 | JTH-00589 | | HSI Surveillance Photo | | |
| 17-214 | JTH-00590 | | HSI Surveillance Photo | | |
| 17-215 | JTH-00591 | | HSI Surveillance Photo | | |
| 17-216 | JTH-00592 | | HSI Surveillance Photo | | |
| 17-217 | JTH-00593 | | HSI Surveillance Photo | | |
| 17-218 | JTH-00594 | | HSI Surveillance Photo | | |
| 17-219 | JTH-00595 | | HSI Surveillance Photo | | |
| 17-220 | JTH-00596 | | HSI Surveillance Photo | | |
| 17-221 | JTH-00597 | | HSI Surveillance Photo | | |
| 17-222 | JTH-00598 | | HSI Surveillance Photo | | |
| 17-223 | JTH-00599 | | HSI Surveillance Photo | | |
| 17-224 | JTH-00600 | | HSI Surveillance Photo | | |
| 17-225 | JTH-00601 | | HSI Surveillance Photo | | |
| 17-226 | JTH-00602 | | HSI Surveillance Photo | | |
| 17-227 | JTH-00603 | | HSI Surveillance Photo | | |
| 17-228 | JTH-00604 | | HSI Surveillance Photo | | |
| 17-229 | JTH-00605 | | HSI Surveillance Photo | | |
| 17-230 | JTH-00606 | | HSI Surveillance Photo | | |
| 17-231 | JTH-00607 | | HSI Surveillance Photo | | |
| 17-232 | JTH-00608 | | HSI Surveillance Photo | | |
| 17-233 | JTH-00609 | | HSI Surveillance Photo | | |
| 17-234 | JTH-00610 | | HSI Surveillance Photo | | |
| 17-235 | JTH-00611 | | HSI Surveillance Photo | | |
| 17-236 | JTH-00612 | | HSI Surveillance Photo | | |

**JOINT EXHIBIT LIST**
*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17-237 | JTH-00613 | | HSI Surveillance Photo | | |
| 17-238 | JTH-00614 | | HSI Surveillance Photo | | |
| 17-239 | JTH-00615 | | HSI Surveillance Photo | | |
| 17-240 | JTH-00616 | | HSI Surveillance Photo | | |
| 17-241 | JTH-00617 | | HSI Surveillance Photo | | |
| 17-242 | JTH-00618 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-243 | JTH-00619 | | HSI Surveillance Photo | | |
| 17-244 | JTH-00620 | | HSI Surveillance Photo | | |
| 17-245 | JTH-00621 | | HSI Surveillance Photo | 3/12/19 | 3/12/19 |
| 17-246 | JTH-00622 | | HSI Surveillance Photo | | |
| 17-247 | JTH-00623 | | HSI Surveillance Photo | | |
| 17-248 | JTH-00624 | | HSI Surveillance Photo | | |
| 17-249 | JTH-00625 | | HSI Surveillance Photo | | |
| 17-250 | JTH-00626 | | HSI Surveillance Photo | | |
| 17-251 | JTH-00627 | | HSI Surveillance Photo | | |
| 17-252 | JTH-00628 | | HSI Surveillance Photo | | |
| 17-253 | JTH-00629 | | HSI Surveillance Photo | | |
| 17-254 | JTH-00630 | | HSI Surveillance Photo | | |
| 17-255 | JTH-00631 | | HSI Surveillance Photo | | |
| 17-256 | JTH-00632 | | HSI Surveillance Photo | | |
| 17-257 | JTH-00633 | | HSI Surveillance Photo | | |
| 17-258 | JTH-00634 | | HSI Surveillance Photo | | |
| 17-259 | JTH-00635 | | HSI Surveillance Photo | 3/7/19 | 3/7/19 |
| 17-260 | JTH-00636 | | HSI Surveillance Photo | | |
| 17-261 | JTH-00637 | | HSI Surveillance Photo | | |
| 17-262 | JTH-00638 | | HSI Surveillance Photo | | |
| 17-263 | JTH-00639 | | HSI Surveillance Photo | | |
| 17-264 | JTH-00640 | | HSI Surveillance Photo | | |
| 17-265 | JTH-00641 | | HSI Surveillance Photo | | |
| 17-266 | JTH-00642 | | HSI Surveillance Photo | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 17-267 | JTH-00643 | | HSI Surveillance Photo | | |
| 17-268 | JTH-00644 | | HSI Surveillance Photo | | |
| 17-269 | JTH-00645 | | HSI Surveillance Photo | | |
| 17-270 | JTH-00646 | | HSI Surveillance Photo | | |
| 17-271 | JTH-00647 | | HSI Surveillance Photo | 3/11/19 | 3/11/19 |
| 17-272 | JTH-00648 | | HSI Surveillance Photo | | |
| 17-273 | JTH-00649 | | HSI Surveillance Photo | | |
| 17-274 | JTH-00650 | | HSI Surveillance Photo | | |
| 17-275 | JTH-00651 | | HSI Surveillance Photo | | |
| 17-276 | JTH-00652 | | HSI Surveillance Photo | | |
| 17-277 | JTH-00653 | | HSI Surveillance Photo | | |
| 17-278 | JTH-00654 | | HSI Surveillance Photo | | |
| 18 | JTH-03985 | JTH-03987 | I-94 Document Detail (Juan Ismael Contreras Ortega) | | |
| 19 | JTH-03992 | | I-94 Document Detail (Gonzalo Amador Padilla) | | |
| 20 | JTH-03988 | | I-94 Document Detail (Arnaldo Lopez Contreras) | 3/12/19 | 3/12/19 |
| 21 | JTH-04008 | JTH-04009 | I-94 Document Detail (Jordan Rene Ledesma) | 3/12/19 | 3/12/19 |
| 22 | JTH-04006 | | I-94 Document Detail (Alejandro Lopez Alcantar) | 3/12/19 | 3/12/19 |
| 23 | JTH-04013 | | I-94 Document Detail (Jose Leonardo Cortes Avila) | 3/12/19 | 3/12/19 |
| 24 | JTH-04018 | | I-94 Arrival/Departure Form (Sabas Morales Alvarado) | 3/12/19 | 3/12/19 |
| 25 | JTH-04023 | | I-94 Arrival/Departure Form (Jose Francisco Morales Alvarado) | 3/12/19 | 3/12/19 |
| 26 | JTH-04020 | | I-94 Arrival/Departure Form (Dave Noel Alvarez Nolasco) | 3/12/19 | 3/12/19 |
| 27 | DEF-00001 | DEF-00366 | Financial Records and Hour Logs 5/7/2015 –7/6/2016 | | |

# JOINT EXHIBIT LIST

*United States v. Torres Hernandez*, No. 17-CR-462-JSW

| Ex. No. | Starting Bates No. | Ending Bates No. | Description | Date Offered | Date Received |
|---|---|---|---|---|---|
| 28 | DEF-00367 | | Letter 7/28/2016 | | |
| 30 | JTH-01287 | JTH-01316 | Audit Summaries: Marriot, 2015 | | |
| 31 | SW-0007329 | | Audit Summary: 05/04/2015 | | |
| 33 | DEF-00371 | DEF-00379 | Worker Certificates of Safety Training | | |
| 38 | SW-0007331 | SW-0007335 | D-Spike Construction invoices | | |
| 40 | SW-0008911 | SW-0008912 | Silvery Towers documents | | |
| 41 | JTH-00329 | JTH-00330 | Warehouse Interior Photo | | |
| 42 | JTH-00342 | | Warehouse Exterior Photo | | |
| 43 | JTH-00297 | JTH-00298 | Checks | | |
| 44 | JTH-00301 | | Check | | |
| 45 | JTH-01279 | JTH-01280 | New employee information form | | |
| 46 | SW-0000055 | | Payment Log | | |
| 47 | SW-0000066 | | Payment Log | | |
| 48 | SW-0007807 | SW-0007809 | Money Logs | | |
| 49 | SW-0007816 | SW-0007846 | Timesheets | | |
| 50 | SW-0007969 | | Hour Log | | |
| 51 | SW-0007975 | | Hour Log | | |
| 52 | SW-0008014 | SW-0008016 | Hour Logs | | |
| 53 | SW-0008797 | | Timesheets | | |
| 54 | SW-0008800 | SW-0008828 | Hour Logs and Timesheets | | |
| 55 | SW-0008829 | SW-0008885 | Payment and receipt records | | |
| 56 | SW-0008887 | SW-0008901 | Timesheets | | |
| 57 | SW-0008958 | | Timesheet | | |
| 58 | SW-0009030 | | Timesheet | | |
| 59 | SW-0009163 | SW-0009222 | Hour Logs | | |
| 61 | JTH-03577 | JTH-03591 | Certificates for Continued Presence and Notices of Request for Continued Presence | | |
| 62 | JTH-03596 | JTH-03970 | Certificates for Continued Presence and Notices of Request for Continued Presence | | |

63 **-** 1 page with photo of Social Security card and Legal Permanent Resident card          3/7/19