AUSTIN RICHARD DOVE, ESQ. (CSBN 180321)
555 W. 5th Street
Los Angeles, CA 90013
Telephone: (213) 487-8300
Facsimile: (213) 973-4736
Email: dovelawcorp@gmail.com

BRIAN H GETZ (CBSN: 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
JOB TORRES HERNANDEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOB TORRES HERNANDEZ, <br><br> Defendant. | Case No.: 0971   4:17-CR-00462-JSW <br><br> **LETTERS FROM THE COMMUNITY IN SUPPORT OF DEFENDANT JOB TORRES HERNANDEZ'S SENTENCING MEMORANDUM** <br><br> DATE: June 25, 2019 <br> TIME: 1:00 PM <br> CTRM: 5, 2nd Floor |

Defendant Job Torres Hernandez respectfully submits the following letters from the community in support of his Sentencing Memorandum:

(1) Richard Quint;

(2) Rebeca Hernandez;

- 1 -
LETTERS FROM THE COMMUNITY IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM
CASE NO.: 0971   4:17-CR-00462-JSW

(3) Moises Torres; and

(4) Tina Seah.

DATED: June 18, 2019                                  Respectfully submitted,

                                                          */s/ Austin Richard Dove*
AUSTIN RICHARD DOVE
Attorney for Defendant
JOB TORRES HERNANDEZ


                                                          */s/ Brian H Getz*
BRIAN H GETZ
Attorney for Defendant
JOB TORRES HERNANDEZ

# LETTER #1

## Richard Quint

Honorable Jeffrey S. White
United States District Court
1301 Clay St.
Oakland, Calif. 94612

Re: U.S. v Jon Hernandez

Your Honor,

Over the next few weeks, I understand that you will be sentencing Jon Torres Hernandez.

I met Jon approximately 3 years ago. He became one of our customers, and we provided screen printing items for his business. Our business continued to provide Jon & his employees with sweatshirts that were branded with his company logo.

Over my 50 years of being in business, I have met a lot of people. Jon treated me and our employees with respect, and he paid his bills.

During the time I dealt with Jon, I quickly realized he wasn't normal. He couldn't fill out our credit application, because he can't read or write in either Spanish or English. When I started reviewing our contract terms, I readily recognized he didn't have a clue what I was talking about. As a result, I asked Jon if he had any education and he said he dropped out of school in the first grade. To put it mildly, Jon has no business being in business

Because he has no understanding of accounting, business law, how to estimate, write a proposal, make change orders, invoice, collect money, prepare preliminary lien notices, perfect his lien rights, manage personnel, do background checks, do payroll, monitor receivables, and most importantly, he has no idea what the laws of Mexico or the US are.

To put again, or state it another way — the guy is incompetent.

Having said this, one has to understand that Jon does not go out to hurt people. On the contrary, he wants to pay people, help people in any way he can. He takes a job (project), gets the work done, but doesn't know how to collect the money so he can pay his bills. For example: today the Silvery Towers owes Jon over $1,000,000 because Jon didn't invoice them correctly. This is the money that would have easily paid all employees.

Jon and I have remained friends. We have spoken a lot about what problems that he has caused his family, friends, but also the employees that worked for him. I have heard him say over and over how sorry he is and how he never ever intended to hurt anyone.

Thank you in advance for reading my letter. I plan to attend the sentencing hearing, and if you have any questions that I can answer, I am happy to do so.

Yours Truly,

Richard [signature]

# LETTER #2

## Rebeca Hernandez

Honorable Jeffrey White
United States District Court
1301 Clay Street
Oakland, California 94612


Re.: US – Job Hernandez


Your Honor,
My name is Rebeca Hernandez, mom of Job Francisco Torres Hernandez.
I am 69 years old.
I know that he has been charged with serious offenses.
I want to say that ever since he was a little boy, my son, Job Francisco Torres has always been ready and willing to help others. I ask you from the bottom of my heart that you have mercy on my son, who has a family of his own, and his kids are very sad, and cry over their father's absence.
My dear son has given his life over to Jesus Christ, and I, his mom, Rebeca Hernandez bless him and pray to God that He open the door to him soon.
Throughout his life he has always helped others. And my son, Job Francisco Torres Hernandez, wishes to reunite with his family and lead his children in the right direction, and give them the love that is so important for human beings.
I ask for your pity and for your mercy for my son.

Thank you,
Rebeca Hernandez


*[T.N.: I, Elizabeth McCarthy, Federal Court Certified Interpreter #93-493, certify that I translated the letter above from Spanish into English to the best of my ability.]*

HONORABLE JEFFREY WHITE

UNITED STATES DISTRIT COURT

1301 CLAY STREET

OAKLAND CALIFORNIA 94612

Re: US JOB HERNANDEZ

YOUR HONOR,
MI NOMbre es Rebeca Hernandez
MAMA' DE Job Francisco Torres Hernandez
Tengo 69 AÑOS

Yo se que ha sido acusado de Algunos Delitos grabes
o quiero decir sobre mi querido hijo Job Francisco Torres Hernandez
que siempre ha estado dispuesto, Halluda a la gente desde pequeño, yo Le Pido con Todo mi corazon Tenga Misericordia, con mi hijo ya que Tiene su Familia, y sus Hijos esTan ~~Muy~~ Muy Tristes y lloyan La aucecia de su PADRE
Mi querido Hijo HA ENTREGADO SU Vida HA Cristo Jesus y yo SU MAMA' REBECA HERNANDES LO BENDIGO. y Le pido HA DIOS que Pronto LE HABRA LA PUERTA.

EN SU VIDA SIEMPRE HA lludado HA LA GENTE, Y MI HIJO JOb FYANCICO ToyyeS HERNANDES, DESEA INTEGRARCE, HA SU FAMILIA, Y GIAR, HA SUS HIJOS POR EL BUEN CAMINO Y DARLES EL AMOY que es TAN INPOYTANTE PARA EL SER HUMANO.

LE PIDO PIEDAD Y MISEYICOYDIA PARA MI HIJO.

GyaCIAS REBECA HERNANDES

# LETTER #3

## Moises Torres

Honorable Jeffrey White
United States District Court
1301 Clay Street
Oakland, California 94612

Re.: US – Job Hernandez

Your Honor,
My name is Moises Torres, and I am the brother of Job Francisco Torres, I am 35 years old. I know that he has been charged with several serious offenses.
I would like to say some things about him.
In spite of everything he has always been a hardworking man who loves his family very much, and he has always looked out for his parents, he's been like a second father to me. I have been a witness to him helping a lot of people. This is why I ask you for mercy toward him, because he has children and a wife that he wants to care for and protect. I ask you to have mercy on him please, for his family and his parents, please.
I ask you for the gift of a second chance, for him and for his family. I firmly trust that he will honor that second chance. He's been asking God for it and is reading the Bible. He is praying and fasting, searching for God as he awaits his sentencing. I ask that you please have pity on him, you are good, and you will understand that he has changed for the better. You will see the change in his eyes.
I hope you can see that everything I've written about him is true. I, who am his brother am telling you this, and I can see all his potential in the future, as a father and as a citizen, in the future.
I ask you for this second chance so that he can prove himself to you and to society.
Sincerely,
Moises Torres.

*[T.N.: I, Elizabeth McCarthy, Federal Court Certified Interpreter #93-493, certify that I translated the letter above from Spanish into English to the best of my ability.]*

HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT COURT
1301 CLAY STREET
OAKLAND CALIFORNIA 94612

Re: U,S . JOB HERNANDEZ

YOUR HONOR;

~~YO~~ ME LLAMO MOISES TORRES Y SOY HERMANO DE JOB ~~FO~~ FRANCISCO TORRES, TENGO 35 AÑOS,

YO SE QUE EL HA SIDO ACUSADO DE ALGUNOS DELITOS GRAVES

YO ~~QUISIERA~~ ME GUSTARIA HABLAR ACERCA DE EL A PESAR DE TODO SIEMPRE HA SIDO UNA PERSONA TRABAJADORA, QUE QUIERE MUCHO A SU FAMILIA ~~SIEMPRE PREOCUPANDOSE~~ Y QUE SIEMPRE SE HA PREOCUPADO POR MIS PADRES, HA SIDO COMO UN SEGUNDO PADRE PARA MI, YO HE SIDO TESTIGO DE QUE HA AYUDADO A MUCHAS PERSONAS POR LO CUAL LE PIDO SU MISERICORDIA PARA EL POR QUE TIENE HIJOS Y UNA ESPOSA QUE CUIDAR Y PROTEGER

Le pido misericordia para el por favor por su familia y padres por favor ~~de~~ le pido el regalo de una segunda oportunidad para el y su familia.

Yo creo firmemente que aprovechará esta oportunidad, ha estado buscando de Dios y esta leyendo la Biblia, esta orando y ayunando, buscando a Dios, mientras espera, su sentencia. Se lo pido por favor tenga piedad de el, usted es bueno y ~~~~ ~~~~ comprenderá que el ha cambiado para bien, ~~mientras~~ usted ~~~~ mirara en sus ojos el cambio ~~~~

Espero que usted pueda ver todas las cosas buenas ~~~~ que he escrito de el, son verdad lo digo yo que soy su hermano, y pueda ver todo el potencial que tiene el a futuro como padre de familia y ciudadano a futuro ~~para él~~. Le pido una segunda oportunidad para que el lo pueda demostrar a usted y a la sociedad.

ATTE

Moises Torres

# LETTER #4

## Tina Seah

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
1301 CLAY STREET
OAKLAND, CALIFORNIA 94612

RE: U.S. VS JOB HERNANDEZ

YOUR HONOR,

I REALIZE THAT ON JUNE 25, 2019 YOU WILL BE SENTENCING JOB HERNANDEZ FOR SOME SERIOUS ISSUES THAT HE WAS CONVICTED OF.

MY NAME IS TINA SEAH AND I HAVE LIVED WITH JOB FOR 8 YEARS AND WE HAVE 2 CHILDREN TOGETHER. JEAN-CARLO SEAH-TORRES - AGE 6, LIAM NIKOL SEAH-TORRES - AGE 5. I HAVE TWO OTHER CHILDREN FROM A PREVIOUS RELATIONSHIP NICO SEAH NAPPI - AGE 13, & GIANNA CAPRICE SEAH-NAPPI - AGE 11. JOB HAS BEEN A GREAT FATHER FIGURE & A VERY GOOD ROLE MODEL FOR ALL THE CHILDREN. HE HAS TAUGHT GOOD MORALS AND TO BE RESPONSIBLE. UP UNTIL RECENTLY HE HAS BEEN VERY ACTIVE IN THEIR DAILY LIVES SO THAT I CAN WORK FULL TIME.

I UNDERSTAND THAT IN COURT THERE WERE MANY EVIDENCE THAT SHOWED HIM TO BE NOT THAT GOOD OF A PERSON. I KNOW A DIFFERENT SIDE OF HIM. HE IS A VERY CARING PERSON, WITH ONE OF THE BIGGEST HEART I HAVE EVER MET. HE IS ALWAYS WILLING TO HELP EVEN THOUGH THEY MAY HAVE DONE HIM WRONG IN THE PASTE. HE ASKED ME NUMEROUS OF TIMES TO LEND MONEY TO PEOPLE TO HELP GET THEM ON THEIR FEET. WE HAVE RAISED MONEY FOR OTHERS WHO HAD MISHAPS WITH THEIR FAMILIES. HE IS HELPFUL WITH MY FAMILY BUSINESS

JOB NEVER HAD ANY FORMAL EDUCATION. HE HAS THE HEART OF GOLD BUT HE IS THE WORST BUSINESS MAN I HAVE EVER MET. HE WANTED TO BE A GOOD OWNER, A GOOD BOSS BUT JUST DIDN'T KNOW HOW TO GO ABOUT IT.

I REALIZE NONE OF THAT IS AN EXCUSE. HOWEVER, I WANTED TO MENTION THAT TO YOU BECAUSE THERE IS MORE TO JOB THAN WHAT YOU HAVE HEARD OR SEEN AT THE TRIALS. HE IN HIS LIFETIME HAS TRIED TO HELP A LOT OF PEOPLE. HE HAS DONE MANY GOOD DEEDS FOR PEOPLE. HE WILL SOMEDAY AGAIN RETURN TO SOCIETY AND FULFILL THE ROLE OF A GOOD COMMUNITY MEMBER.

SINCERELY,

TINA E. SEAH