FILED

JUL 25 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 19-10223 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 4:17-cr-00462-JSW |
| v. | Northern District of California, Oakland |
| JOB TORRES HERNANDEZ, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's submission of a completed Form CJA 23 is construed as a motion to proceed in forma pauperis. So construed, the motion (Docket Entry No. 5) is granted.

The renewed motion of appellant's retained counsel, Brian H. Getz, Esq., to withdraw as counsel of record and for appointment of new counsel (Docket Entry No. 4) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by September 3, 2019. The transcript is due October 3, 2019. Appellant's opening brief and excerpts of record are due November 12, 2019; appellee's answering brief is due December 12, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve a Form CJA 24 on the appointing authority, who shall provide it to newly appointed counsel. *See* 28 U.S.C. § 753(f).

If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk shall amend this court's docket to reflect that appellant is now proceeding in forma pauperis.

Former counsel is advised that a motion to withdraw should be served on defendant; the proof of service should include defendant's current address. *See* 9th Cir. R. 4-1(c).

Appellant's Registration Number is 24441-111, and his housing status is "not in BOP custody." Within 14 days after the date of this order, Assistant United States Attorney Jonathan U. Lee shall serve this order on appellant and provide this court with proof of service, including appellant's current address.

The Clerk shall serve this order on former counsel.